HUBERT WOOD and MAX ZWERDLING, Respondents, v. MORRIS GOLDMAN and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HERMAN SACKS, an Infant, by EVA SACKS, His Guardian ad Litem, Appellant, v. HARRY AICHES, Respondent. WILLIAM SACKS, Appellant, v. HARRY AICHES, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ANGELINE WYMAN, Respondent, v. PARK-LEXINGTON CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MORRIS L. GOLDBERG, Appellant, v. MINNIE GOLDBERG, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

DORA WALKER, an Infant, by SAMUEL WALKER, Her Guardian ad Litem, Respondent, and SAMUEL WALKER, Plaintiff, v. FRANCES BACHMAN, Appellant.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HARKAVY BEVERAGE Co., INC., Respondent, v. DAVID RADEK and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HELEN F. BENNETT, Respondent, v. MARY LEE EDWARD, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Glennon, J., taking no part.

LEOPOLD S. MEYER, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [151 Misc. 274.]

CHAIM SCHARF, Respondent, v. MAX WALTETER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOHN R. DITMARS, JR., Respondent, v. ADRIAN W. RENZ, Defendant, Impleaded with MIDTOWN BANK OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of JOHN E. DONEGAN, Respondent, v. LOUIS SCHWARTZ, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of JOHN McGEE, Respondent, v. GORDON FELLOWS, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

EDGAR J. TREACY, as Receiver of ACORN MILL SUPPLY Co., INC., Respondent, Appellant, v. MELROSE PAPER STOCK Co., INC., Appellant, Respondent.— Judgment and order affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Merrell, J., dissents and votes to reverse and deny the motion.